# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY VINCENT DOVE,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY DISTRICT ATTORNEY OFFICE, et al.,<br><br>Defendants. | Case No. 1:23-cv-00586-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 5) |

Plaintiff Rodney Vincent Dove is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on April 10, 2023. On April 18, 2023, the Court issued an order directing Plaintiff to submit an application to proceed in forma pauperis or pay the $402.00 filing fee within 45 days. (ECF No. 5.) Plaintiff has failed to respond to the Court's order and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:  **June 12, 2023**

UNITED STATES MAGISTRATE JUDGE

1