**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY VINCENT DOVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCED COUNTY DISTRICT ATTORNEY OFFICE, et al.,<br><br>　　　　　Defendants. | No.  1:23-cv-0586 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 8) |

Rodney Vincent Dove initiated this action by filing a complaint on April 10, 2023, but failed to either pay the filing fee or file a motion to proceed *in forma pauperis.* Accordingly, the Court ordered Plaintiff to apply to proceed *in forma pauperis* or pay the filing fee in full.  (Doc. 5.)  However, the order was returned and marked "Undeliverable, Return to Sender, No such Street, Unable to Forward" on April 27, 2023.

On July 6, 2023, the assigned magistrate judge found Plaintiff failed to prosecute the action and recommended the matter be dismissed without prejudice.  (Doc. 8.)  The Findings and Recommendations were served upon Plaintiff at the only address known to the Court, and contained a notice that any objections were due within 14 days of the date of service.  (*Id.* at 3.)  However, the Findings and Recommendations were also returned as undeliverable.  To date, Plaintiff has neither filed objections nor filed any documents to further his prosecution of this action, including a notice of change of address.

1

According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Because Plaintiff has not paid the filing fee, the action is unable to proceed. Moreover, pursuant to Local Rule 183(b), any notice of a change of address was due no later than June 29, 2023. Because Plaintiff failed to keep the Court informed of a proper mailing address, dismissal is also appropriate for his failure to comply with Local Rule 183(b). *See e.g., Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with local rule); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for failure to comply with the local rule requiring pro se plaintiffs to keep court apprised of address). Thus, the Court **ORDERS**:

1. The findings and recommendations issued on July 6, 2023 (Doc. 8), are **ADOPTED IN FULL**.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 4, 2023**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE